# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Sydnie Rae Clark**

      Plaintiff

vs.                        **CASE NUMBER: 6:20-cv-1385 (CFH)**

**Commissioner of Social Security**

      Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the Commissioners decision is AFFIRMED; and it is further ORDERED, that the Commissioners cross-motion for judgment on the pleadings (Dkt. No. 17) is GRANTED, and plaintiffs motion for judgment on the pleadings (Dkt. No. 15) is DENIED.

All of the above pursuant to the order of the Honorable Christian F. Hummel, dated the 13th day of April, 2022.

DATED: April 14, 2022

_____
Clerk of Court

_____
      s/Kathy Rogers
      Deputy Clerk